The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRS GROUP, INC., a Washington Corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>CIVIL – ENVIRONMENTAL – SURVEY GROUP, INC., a California Corporation; KEEGAN ENVIRONMENTAL AND ENGINEERING SOLUTIONS a/k/a KEE SOLUTIONS a/k/a KEEGAN ENGINEERING; and JAMES P. KEEGAN, individually and as an alter ego for CIVIL – ENVIRONMENTAL – SURVEY GROUP, INC. and KEEGAN ENVIRONMENTAL AND ENGINEERING SOLUTIONS a/k/a KEE SOLUTIONS a/k/a KEEGAN ENGINEERING; JOHN DOES 1-3,<br><br>      Defendants. | CASE NO. C15-01363-MJP<br><br>ORDER AWARDING PLAINTIFF'S REASONABLE FEES INCURRED IN CONNECTION WITH MOTION TO COMPEL |

THIS MATTER came before the Court on the Declaration of M. Quinn Oppenheim Regarding Fees Incurred in Connection with Plaintiff's Motion to Compel (Dkt. No. 53). Having heard oral argument on August 16, 2016, and having reviewed the materials submitted by the parties, the Court enters the following Order:

ORDER AWARDING PLAINTIFF'S REASONABLE
FEES INCURRED IN CONNECTION WITH MOTION
TO COMPEL - 1
CASE NO. C15-01363-MJP

1. By prior order (Dkt. No. 49), the Court found that Plaintiff was entitled to an award of reasonable fees incurred in connection with Plaintiff's Motion to Compel. The Court directed Plaintiff to provide the Court with documentation supporting the reasonable fee amount requested.

2. Plaintiff has requested $37,947.50 in fees incurred for the work of three attorneys and one paralegal in connection with the Motion to Compel, including research, briefing, document comparison efforts, and hearing preparation.

3. The Court awards Plaintiff $37,947.50 in fees and ORDERS Defendants to pay that amount to Plaintiff within 14 days of this Order. Defendants are jointly and severally liable for this amount.

IT IS SO ORDERED.

DATED this 16th day of _September_, 2016.

_____
Marsha J. Pechman
United States District Judge

*Presented by:*

SUMMIT LAW GROUP PLLC
Attorneys for Plaintiff

By *s/ Philip S. McCune*
By *s/ M. Quinn Oppenheim*
   Philip S. McCune, WSBA #21081
   M. Quinn Oppenheim, WSBA #45094
   *philm@summitlaw.com*
   *quinno@summitlaw.com*

ORDER AWARDING PLAINTIFF'S REASONABLE
FEES INCURRED IN CONNECTION WITH MOTION
TO COMPEL - 2
CASE NO. C15-01363-MJP

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Daniel J. Oates
>Miller Nash Graham & Dunn, LLP
>2801 Alaskan Way, Suite 300
>Seattle, WA 98121
>*daniel.oates@millernash.com*
>
>Michael C. Whitticar
>NOVA IP Law, PLLC
>7001 Heritage Village Plaza, Suite 205
>Gainesville, VA  20155
>*mikew@novaiplaw.com*

DATED this 22nd day of August, 2016.

>*s/ Marcia A. Ripley*
>Marcia A. Ripley

ORDER AWARDING PLAINTIFF'S REASONABLE
FEES INCURRED IN CONNECTION WITH MOTION
TO COMPEL - 3
CASE NO. C15-01363-MJP